# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>    Petitioner,<br>v.<br><br>MICHAEL MARTEL, Warden,<br><br>    Respondent. | Case No. 2:19-cv-04535-DSF-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court overrules Petitioner's objections and accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying petitioner's Motion to Stay Case (ECF No. 37); and (2) dismissing the Petition with prejudice.

Date: April 10, 2020

*Dale S. Fischer* (signature)

Dale S. Fischer
United States District Judge