JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER BURCHETT,

               Petitioner,

    v.

MICHAEL MARTEL, Warden,

               Respondent.

Case No. 2:19-cv-04535-DSF-AFM

**JUDGMENT**

     This matter came before the Court on the Petition of PETER BURCHETT, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

Date: April 10, 2020

Dale S. Fischer
United States District Judge